567 F.2d 652
 Ronnie Gene COGHLAN, etc., Plaintiff-Appellant,
v.
Maurice PHILLIPS, etc., et al., Defendants-Appellees.
 No. 77-2221
 
 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Feb. 10, 1978.
 Alfred J. Chiplin, Jr., MS. Mental Health Project, Barry H. Powell, David Seth Michaels, MS. Mental Health Project, Mark Shenfield, Amer. Civil Liberties Union of MS. Jackson, Miss., for plaintiff-appellant.
 Carl F. Andre, Jr., Jackson, Miss., for Phillips.
 E. C. Clements, Rush M. Clements, Rolling Fork, Miss., for Derrick & McPhail.
 Before AINSWORTH, MORGAN and GEE, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the judgment of the district court for the reasons stated in its memorandum opinion, --- F.Supp. ---- (S.D.Miss.1978).
 
 
 2
 AFFIRMED.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I